# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

––––––––––––––––––

**No. ACM 40353**

––––––––––––––––––

**UNITED STATES**
*Appellee*

**v.**

**VictorHugo HERNANDEZ-HERNANDEZ**
Airman Basic (E-1), U.S. Air Force, *Appellant*

––––––––––––––––––

Appeal from the United States Air Force Trial Judiciary

Decided 16 August 2023

––––––––––––––––––

*Military Judge*: Brett A. Landry.

*Sentence*: Sentence adjudged 7 June 2022 by GCM convened at Creech Air Force Base, Nevada. Sentence entered by military judge on 7 July 2022: Bad-conduct discharge, confinement for 6 months, and total forfeiture of pay and allowances.

*For Appellant*: Major David L. Bosner, USAF; Major Alexandra K. Fleszar, USAF; Major Jarett Merk, USAF.

*For Appellee*: Lieutenant Colonel Thomas J. Alford, USAF; Captain Olivia B. Hoff, USAF; Mary Ellen Payne, Esquire.

Before ANNEXSTAD, GRUEN, and KEARLEY, *Appellate Military Judges*.

––––––––––––––––––

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

––––––––––––––––––

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-*

*Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.[*]



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

[*] The court notes that there are three pages in the *Post-Sentencing* section of Appellant's record of trial that are from the record of trial of another Airman, and should be properly removed.